Jay A. Fradkin - 006864
jfradkin@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, Arizona 85004-2385
Telephone: (602) 262-5911

Attorneys for Defendants Gallman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jesdeen Liska, nee Keenan, R.N.,<br><br>Plaintiff<br><br>vs.<br><br>United States of America; Officer David Dodge, Badge #127 and Jane Doe Dodge, husband and wife; Lake Havasu City Police Department, an administrative agency of Lake Havasu City; Lake Havasu City, a municipal corporation; Lake Havasu City Police Chief Dan Doyle and Jane Doe Doyle, husband and wife; Dr. Brian Gallman, D.O. and Jane Doe Gallman, husband and wife; Walgreen Arizona Drug Company, foreign corporation; John Does 1-5; Jane Does 1-5; ABC Corporations 1-5,<br><br>Defendants | No. CV-09-08190-PCT-NVW<br><br>**SEPARATE ANSWER OF DEFENDANTS GALLMAN** |

COME NOW Defendants Brian Gallman, D.O. and Jane Doe Gallman (whose true name is Shauna Gallman), by and through their attorneys Jennings, Strouss & Salmon, P.L.C., and for their separate answer to Plaintiff's Complaint admit, deny and allege as follows:

1. Answering Defendants deny each and every allegation set forth in Plaintiff's Complaint which is not hereinafter expressly admitted or otherwise pleaded to.

2. Responding to Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 and 14

of Plaintiff's Complaint, Answering Defendants admit to jurisdiction but deny any liability therefore.

3. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraphs 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38 and 39 of Plaintiff's Complaint and therefore deny same.

4. Answering Defendants deny the allegations set forth in Paragraphs 40, 41, 42, 43, 44, 45, 46, 47 and 48 of Plaintiff's Complaint.

5. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 49 of Plaintiff's Complaint.

6. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraphs 50, 51, 52 and 53 of Plaintiff's Complaint and therefore deny same.

7. Answering Defendants deny the allegations set forth in Paragraphs 54 and 55 of Plaintiff's Complaint.

8. Answering Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 56 of Plaintiff's Complaint.

9. Answering Defendants deny the allegations set forth in Paragraphs 57 and 58 of Plaintiff's Complaint.

10. Responding to Paragraph 59 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

11. Responding to Paragraphs 60, 61, 62 and 63 of Plaintiff's Complaint, Answering Defendants allege that none of said paragraphs contain any charging allegations against Answering Defendants, and therefore no direct response is being made to said allegations by Answering Defendants. To the extent that any such

allegations are deemed to be charging allegations against Answering Defendants, any and all such allegations are hereby denied.

12. Responding to Paragraph 64 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

13. Answering Defendants deny the allegations set forth in Paragraphs 65, 66 and 67 of Plaintiff's Complaint.

14. Responding to Paragraph 68 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

15. Answering Defendants deny the allegations set forth in Paragraph 69 of Plaintiff's Complaint.

16. Responding to Paragraph 70 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

17. Responding to Paragraphs 71, 72, 73 and 74 of Plaintiff's Complaint, Answering Defendants allege that none of said paragraphs contain any charging allegations against Answering Defendants, and therefore no direct response is being made to said allegations by Answering Defendants. To the extent that any such allegations are deemed to be charging allegations against Answering Defendants, any and all such allegations are hereby denied.

18. Responding to Paragraph 75 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

19. Responding to Paragraphs 76, 77, 78 and 79 of Plaintiff's Complaint, Answering Defendants allege that none of said paragraphs contain any charging allegations against Answering Defendants, and therefore no direct response is being made to said allegations by Answering Defendants. To the extent that any such

allegations are deemed to be charging allegations against Answering Defendants, any and all such allegations are hereby denied.

20. Responding to Paragraph 80 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

21. Responding to Paragraphs 81, 82, 83 and 84 of Plaintiff's Complaint, Answering Defendants allege that none of said paragraphs contain any charging allegations against Answering Defendants, and therefore no direct response is being made to said allegations by Answering Defendants. To the extent that any such allegations are deemed to be charging allegations against Answering Defendants, any and all such allegations are hereby denied.

22. Responding to Paragraph 85 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

23. Responding to Paragraphs 86, 87 and 88 of Plaintiff's Complaint, Answering Defendants allege that none of said paragraphs contain any charging allegations against Answering Defendants, and therefore no direct response is being made to said allegations by Answering Defendants. To the extent that any such allegations are deemed to be charging allegations against Answering Defendants, any and all such allegations are hereby denied.

24. Responding to Paragraph 89 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

25. Answering Defendants deny the allegations set forth in Paragraphs 90, 91 and 92 of Plaintiff's Complaint.

26. Responding to Paragraph 93 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

27. Answering Defendants deny the allegations set forth in Paragraphs 94, 95 and 96 of Plaintiff's Complaint.

28. Responding to Paragraph 97 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

29. Responding to Paragraphs 98, 99, 100, 101, 102, 103 and 104 of Plaintiff's Complaint, Answering Defendants allege that none of said paragraphs contain any charging allegations against Answering Defendants, and therefore no direct response is being made to said allegations by Answering Defendants. To the extent that any such allegations are deemed to be charging allegations against Answering Defendants, any and all such allegations are hereby denied.

30. Responding to Paragraph 105 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

31. Responding to Paragraphs 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 122 and 123 of Plaintiff's Complaint, Answering Defendants allege that none of said paragraphs contain any charging allegations against Answering Defendants, and therefore no direct response is being made to said allegations by Answering Defendants. To the extent that any such allegations are deemed to be charging allegations against Answering Defendants, any and all such allegations are hereby denied.

32. Responding to Paragraph 124 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

33. Responding to Paragraphs 125, 126 and 127 of Plaintiff's Complaint, Answering Defendants allege that none of said paragraphs contain any charging allegations against Answering Defendants, and therefore no direct response is being made to said allegations by Answering Defendants. To the extent that any such

allegations are deemed to be charging allegations against Answering Defendants, any and all such allegations are hereby denied.

34. Responding to Paragraph 128 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

35. Responding to Paragraphs 129, 130, 131, 132 and 133 of Plaintiff's Complaint, Answering Defendants allege that none of said paragraphs contain any charging allegations against Answering Defendants, and therefore no direct response is being made to said allegations by Answering Defendants.  To the extent that any such allegations are deemed to be charging allegations against Answering Defendants, any and all such allegations are hereby denied.

36. Responding to Paragraph 134 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

37. Responding to Paragraphs 135, 136, 137 and 138 of Plaintiff's Complaint, Answering Defendants allege that none of said paragraphs contain any charging allegations against Answering Defendants, and therefore no direct response is being made to said allegations by Answering Defendants.  To the extent that any such allegations are deemed to be charging allegations against Answering Defendants, any and all such allegations are hereby denied.

38. Responding to Paragraph 139 of Plaintiff's Complaint, Answering Defendants re-allege each and every above response to the allegations previously made in Plaintiff's Complaint as if set forth fully herein.

39. Responding to Paragraphs 140, 141, 142 and 143 of Plaintiff's Complaint, Answering Defendants allege that none of said paragraphs contain any charging allegations against Answering Defendants, and therefore no direct response is being made to said allegations by Answering Defendants.  To the extent that any such allegations are deemed to be charging allegations against Answering

1  Defendants, any and all such allegations are hereby denied.

2     40.    Responding to Paragraph 144 of Plaintiff's Complaint, Answering
3  Defendants re-allege each and every above response to the allegations previously
4  made in Plaintiff's Complaint as if set forth fully herein.

5     41.    Answering Defendants deny the allegations set forth in Paragraphs 145,
6  146, 147 and 148 of Plaintiff's Complaint.

7     42.    Responding to Paragraph 149 of Plaintiff's Complaint, Answering
8  Defendants re-allege each and every above response to the allegations previously
9  made in Plaintiff's Complaint as if set forth fully herein.

10     43.    Answering Defendants deny the allegations set forth in Paragraphs 150,
11  151, 152, 153 and 154 of Plaintiff's Complaint.

12     44.    As and for affirmative defenses, and in the alternative, Answering
13  Defendants allege comparative and contributory negligence, and that the trier of fact
14  apportion the fault, if any, of all parties and non-parties as justified by the facts
15  adduced at trial.

16     45.    As and for further and separate affirmative defenses, and in the
17  alternative, Answering Defendants allege each and every affirmative defense
18  required to be pled herein pursuant to Federal Rules of Civil Procedure 8 and 12,
19  including but not limited to failure to state a claim upon which relief may be granted
20  pursuant to Federal Rule of Civil Procedure 12(b)(6), as Defendants are presently not
21  aware of all of the facts that may give rise to such defenses and do not wish to waive
22  any defenses that are available based upon the facts hereafter adduced during
23  discovery in this matter.

24     WHEREFORE, having fully answered Plaintiff's Complaint, Defendants
25  Gallman pray that Plaintiff's Complaint be dismissed as to Answering Defendants,
26  that Plaintiff take nothing thereon, that Answering Defendants have and recover their
27  taxable costs herein incurred, expended and accruing, and for such other and further
28  relief as the Court deems proper in the premises.

Dated this 8th day of December, 2009.

                                      JENNINGS, STROUSS & SALMON, P.L.C.

                    By *s/ Jay A. Fradkin*
                        Jay A. Fradkin
                        The Collier Center, 11th Floor
                        201 East Washington Street
                        Phoenix, Arizona  85004-2385
                        Attorneys for Defendants Gallman

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 8, 2009, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

Richard L. Strohm
Law Offices of Richard L. Strohm, PC
11 W. Jefferson St., Ste. 1000
Phoenix, AZ  85003
rlslaw@att.net
Attorneys for Plaintiffs

Ann E. Harwood
United States Attorney District of AZ
40 N. Central Ave., #1200
Phoenix, AZ  85004
ann.harwood@usdoj.gov
Attorney for Defendant USA

Lori V. Berke
Berke Law Firm, PLLC\
1601 N. Seventh St., Ste. 360
Phoenix, AZ  85006
lori@berkelawfirm.com
Attorneys for Defendant Dodge

Kenneth Januszewski
Potts & Associates
2401 W. Peoria Ave., Ste. 100
Phoenix, AZ  85029
kjanusze@travelers.com
Attorneys for Defendants Lake Havasu

3286770v1(39369.808)                        8

City, Lake Havasu City Police Department and Doyle

Edward G. Hochuli
Russell R. Yurk
Jones, Skelton & Hochuli, PLC
2901 N. Central Ave., Ste. 800
Phoenix, AZ  85012
ehochuli@jshfirm.com
Attorneys for Defendant Walgreens


By *s/ Vicky Rodriguez*

3286770v1(39369.808)

9