IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesdeen Liska R.N., ) | No. CV09-8190-PCT-NVW |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Leonard David Dodge, et. Al., ) | |
| Defendant. ) | |

Counsel representing various Lake Havasu City Defendants have filed four separate motions to dismiss, three of them on behalf of some of the same Defendants. Rule 12(b) permits the listed defenses to be asserted "by motion" but does not permit a separate motion for each defense.

IT IS THEREFORE ORDERED that the Lake Havasu City Defendants' motions to dismiss (doc. # 17, 18, 19, 20) are stricken, without prejudice to filing a motion that asserts all grounds by the parties represented by the same counsel.

DATED this 8th day of December, 2009.

Neil V. Wake
United States District Judge